UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

-----------------------------------

UNITED STATES OF AMERICA,

vs

TERRENCE F. TESSARIZIK,
                Defendant.

-----------------------------------

U. S. DISTRICT COURT
N. D. OF N. Y.
FILED
APR 2 7 2005
AT _____ O'CLOCK ____ M
LAWRENCE K. BAERMAN, Clerk
UTICA

1:04-CR-467

APPEARANCES:

DONALD T. KINSELLA, ESQ.
Attorney for Defendant
Suite 1440
90 State Street
Albany, New York 13440

HON. GLENN T. SUDDABY
United States Attorney
Attorney for Government
Northern District of New York
P. O. Box 7198
100 South Clinton Street
Syracuse, New York  13261-5165

DAVID N. HURD
United States District Judge

OF COUNSEL:

RICHARD S. HARTUNIAN, ESQ.
Assistant U.S. Attorney

### ORDER

Defendant moved for an order pursuant to Fed. R. Crim. P. 12(b)(3) to suppress items seized pursuant to a search warrant, or in the alternative, for a <u>Franks</u> hearing and to suppress defendant's statement.  The government opposed.

Oral argument was heard on April 22, 2005, in Albany, New York.  A decision was rendered from the bench.

Therefore, it is

ORDERED that defendant's motion is DENIED in all respects.

IT IS SO ORDERED.

_____
United States District Court

Dated: April 26, 2005
Utica, New York.